UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 18-cr-30127 |
| | ) |
| STEVEN P. GIBSON, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

COMES NOW Defendant, Steven Gibson, through undersigned counsel, and hereby requests that the Sentencing scheduled for Thursday, December 13, 2018 at 9:30 a.m. be continued as Defendant has had a significant change with respect to his financial condition as previously stated in the PSR.  Defendant needs additional time to investigate this change in circumstance so as to provide an accurate assessment of his current financial condition to both probation and parole and to the Court.

Counsel spoke to Assistant United States Attorney Ranley Killian who consents to this motion.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:  /s/  *John P. Rogers*
John P. Rogers, #6220204
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
Email:  jrogers@rsblawfirm.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 18-cr-30127 |
| | ) |
| STEVEN P. GIBSON, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ranley Killian, assistant United States attorney.

    **Motion to Continue**

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:   /s/   *John P. Rogers*
        John P. Rogers, #6220204
        Attorney for Defendant
        120 S. Central Avenue, Suite 160
        Clayton, Missouri 63105
        (314) 354-8484/Facsimile (314) 354-8271
        Email:  jrogers@rsblawfirm.com